1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10
11
12

ALIDA ZOBIEDA MARTINEZ, as
Guardian Ad Litem for M.G.G., a
minor,

)  Case No. ED CV 12-0564 JCG
)
)
)

13

          Plaintiff,

)  **JUDGMENT**
)

14

    v.

)
)

15
16

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

)
)
)
)

17

        Defendant.

)
)

18

_____

)

19
20

    IT IS ADJUDGED that the decision of the Commissioner of the Social
Security Administration is **AFFIRMED**.

21
22

DATED:  August 21, 2013

23
24

                           _____

25

                                 Hon. Jay C. Gandhi
                    United States Magistrate Judge

26
27
28