1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18

ALIDA ZOBIEDA MARTINEZ, as
Guardian Ad Litem for M.G.G., a
minor,

            Plaintiff,

      v.

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

           Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. ED CV 12-0564 JCG

**JUDGMENT**

19
20
21

     IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

22
23

DATED:  August 21, 2013

24
25
26

_____
         Hon. Jay C. Gandhi
     United States Magistrate Judge

27
28